BEFORE THE THIRD DIVISION, DECEMBER 20, 1966

**No. P66/380.**—S & F Trading, Inc., and American Customs Brokerage Co. et al. *v.* United States, protests 61/13203, etc. (Honolulu).

RICHARDSON, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of Iso peanuts, peanut crackers, and Japanese rice crackers similar in all material respects to those the subject of *Hilo Rice Mill Co., Ltd., American Customs Brokerage Company et al.* v. *United States* (52 CCPA 106, C.A.D. 866), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, DECEMBER 21, 1966

**No. P66/381.**—National Silver Co. *v.* United States, protest 62/9457 (Los Angeles).

RAO, C. J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of battery-operated mixers similar in all material respects to those the subject of *F. B. Vandegrift & Co., Inc.* v. *United States* (53 Cust. Ct. 231, Abstract 68674), the claim of the plaintiff was sustained.

**No. P66/382.**—Sun Coast Merchandise Corp. et al. *v.* United States, protests 61/18717, etc. (Los Angeles).

**No. P66/383.**—Transamerican Import & Export, Inc. *v.* United States, protest 63/14059–13661 (Chicago).

FORD, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of radio earphones similar in all material respects to those the subject of *Motorola, Inc., and International Expediters, Inc.* v. *United States* (54 Cust. Ct. 303, Abstract 69019), the claim of the plaintiffs was sustained.